IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

|  |  |
|---|---|
| BRANDON BALLARD, <br>                  Plaintiff, <br> v. <br> BHI ENERGY I SPECIALTY SERVICES, LLC, <br>                  Defendant. | 2:22-cv-00115-WSH |

**PLAINTIFF'S UNOPPOSED MOTION FOR
CERTIFICATION OF THE SETTLEMENT CLASS, FINAL
APPROVAL OF THE SETTLEMENT, AND OTHER ASSOCIATED RELIEF**

As reflected in the accompanying Class Action Settlement Agreement ("Agreement"), *see* Doc. 49-1, Plaintiff Brandon Ballard ("Ballard") and Defendant BHI Energy I Specialty Services, LLC ("BHI") have agreed to settle this lawsuit on behalf of a 145-member class of individuals who worked as hourly construction employees for BHI at the petrochemical facility located in Monaca, PA in any workweek from June 17, 2019 through February 3, 2020 (the "Class" or "Class Members").[1]

In July 2023, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to the Class, and appointing the undersigned to serve as interim class counsel. *See* Doc. 48. The notice process is complete. *See generally* Declaration of Aisha Lange ("Lange Dcl.") (Doc. 49-2). ***None*** of the Class Members have submitted either objections

---

[1] During the notice process, it was determined that two individuals (Jacob Faoliu and Clifford Roy Daugherty) were not included in the class preliminarily approved by the Court. The parties agreed to settle their claims separately from this settlement through individual settlement agreements drafted by the undersigned counsel in which they will receive the same net recovery as other Class Members. W&S and Conboy are not receiving any compensation under these agreements for Messrs. Faoliu and Dougherty. The parties are in the process of getting these agreements executed and will submit them to the Court in advance of the November 14, 2023 hearing.

to the settlement or requested to be excluded from the settlement. *Id.* at ¶¶ 9-10.

This matter is now ripe for "final approval" of the settlement. The Court has scheduled a fairness hearing for November 14, 2023, *see* Doc. 48 at ¶ 6, and, in anticipation of the hearing, Ballard respectfully asks the Court to enter an order:

- Certifying, pursuant to Federal Rules of Civil Procedure ("Civil Rules") 23(a) and 23(b)(3), a settlement class comprised of the 145 Class Members;

- Approving the settlement of this action as fair, reasonable, and adequate under Civil Rile 23(e)(2);

- Approving the payment of a $5,000.00 service award to Ballard;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC and Conboy Law, LLC to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $108,000.00 to compensate class counsel for reasonable attorney's fees and expenses (including settlement administration expenses).

The above relief is warranted based on, *inter alia*, the accompanying Agreement, the accompanying sworn statements of Aisha Lange, R. Andrew Santillo and Timothy Conboy, and the accompanying Memorandum of Law.

**WHEREFORE**, Ballard, on behalf of himself and other Class Members, respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date: November 7, 2023                     Respectfully submitted,

                                           /s/ R. Andrew Santillo
                                           Peter Winebrake
                                           R. Andrew Santillo
                                           Mark J. Gottesfeld
                                           Winebrake & Santillo, LLC
                                           715 Twining Road, Suite 211
                                           Dresher, PA 19025

                                           Timothy Conboy
                                           Conboy Law, LLC
                                           733 Washington Road, Suite 201

Pittsburgh, PA 15228

*Proposed Class Counsel*